IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

QUINTON EARL SETTLES, PLAINTIFF
ADC #160480

V. CASE NO. 5:18-CV-106-SWW-BD

LANA L. KINNEDY DEFENDANT

## ORDER

The Court has received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Settles' claims are DISMISSED, without prejudice, based on his failure to state a constitutional claim. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 24th day of May, 2018

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE