IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**QUINTON EARL SETTLES,** **PLAINTIFF**
**ADC #160480**

V. CASE NO. 5:18-CV-106-SWW-BD

**LANA L. KINNEDY** **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 24th day of May, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE